CSD 1100 [03/04/13]
Name, Address, Telephone No. & I.D. No.
**Ahren A. Tiller 250608**
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
**619-894-8831**
**250608**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Maria Carmelita Javier Garcia**

BANKRUPTCY NO. **14-05298**

Debtor.

**AMENDMENT**

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [ ] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [x] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [x] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
    - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
- [ ] Other:_____

Dated: **July 7, 2014**        Signature    **/s/ Ahren A. Tiller**
                                              Attorney for Debtor

**DECLARATION OF DEBTOR**

I [We]   **Maria Carmelita Javier Garcia**   and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: **July 7, 2014**        **/s/ Maria Carmelita Javier Garcia**
                               Debtor                                                    Joint Debtor

CSD 1100                                                                **REFER TO INSTRUCTIONS ON REVERSE SIDE**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

`CSD 1100 (Page 2)` [03/04/13]

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are not to be attached.
    1.  Before each entry, specify the purpose of the amendment by inserting:
        a.  "ADDED," if the information was missing from the previous document filed; or
        b.  "CORRECTED," if the information modifies previously listed information; or
        c.  "DELETED," if previously listed information is to be removed.
    2.  At the bottom of each page, insert the word "AMENDED."
    3.  Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  *If a Chapter 13 cas*e, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **July 7, 2014**, I served a true copy of the within AMENDMENT by [describe here mode of service]

**ECF**

on the following persons [set forth name and address of each person served] and/or as checked below:

☐   Chpt. 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐ For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

☒ For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   **July 7, 2014**
                    (Date)

**/s/ Nicole Dominguez**
**Nicole Dominguez**
**Bankruptcy Law Center**
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
Address

`CSD 1100`

B6F (Official Form 6F) (12/07)

In re  **Maria Carmelita Javier Garcia**,  Case No. __14-05298__
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 37-2014-00019304-CL-BC-CTL  **Villa de Anita HOA**  **C/O Shawver Perez, PLLC**  **9330 LBJ Freeway, Ste. 900**  **Dallas, TX 75243** | - | | 2012-2014  **HOA fees**  **"Added"** | | | | 3,186.38 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)  **3,186.38**

Total (Report on Summary of Schedules)  **3,186.38**

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Ahren A. Tiller 250608**
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
**619-894-8831**
**250608**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Maria Carmelita Javier Garcia**

BANKRUPTCY NO. **14-05298**

Debtor.

# VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☐ New petition filed.  Creditor diskette required.                    TOTAL NO. OF CREDITORS: **14**

☐ Conversion filed on _____ . *See instructions on reverse side.*
    ☐ Former Chapter 13 converting.  Creditor diskette required.       TOTAL NO. OF CREDITORS: ____
    ☐ Post-petition creditors added.  Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☒ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☒ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

☒ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:  **July 7, 2014**          **/s/ Maria Carmelita Javier Garcia**
                                                      **Maria Carmelita Javier Garcia**
                                                      Signature of Debtor

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
**CSD 1008**

`CSD 1008 (Page 2)` [08/21/00]

# INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) <u>Scannable matrix format required.</u>

   b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

```
Villa de Anita HOA
C/O Shawver Perez, PLLC
9330 LBJ Freeway, Ste. 900
Dallas, TX 75243
```