```
CSD 1101 [03/26/99]
Name, Address, Telephone No. & I.D. No.
Ahren A. Tiller 250608
1230 Columbia St., Suite 1100
San Diego, CA 92101
619-894-8831
250608
```

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Maria Carmelita Javier Garcia**

BANKRUPTCY NO. **14-05298**

Debtor.

## NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED
## BY AMENDMENT OR BALANCE OF SCHEDULES

You are hereby notified that the debtor is filing in the above-entitled case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor the undersigned may advise you on legal matters.

You are further notified that on **June 30, 2014**, the debtor filed a petition for relief under Chapter **13**, of the United States Bankruptcy Code. [If applicable: The case was subsequently converted to a case under Chapter ___ of the Code on:___.]

AS A RESULT OF THE FILING OF THE PETITION, YOU ARE NOTIFIED THAT CERTAIN ACTS AND PROCEEDINGS AGAINST THE DEBTOR AND HIS ESTATE ARE STAYED AS PROVIDED IN 11 U.S.C. §362(a).

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

☒ Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan

    ☒ Meeting and/or Hearing pending

    ☐ Meeting and/or Hearing concluded

    ☐ Meeting and/or Hearing continued to ___, at __.m.

☐ Discharge of the Debtor

☐ Order Fixing Last Date for Filing Claims and Proof of Claim (Form B 10)

☐ Order Confirming Plan

☐ Other ( specify )

Dated: **July 7, 2014**     Signed: **/s/ Ahren A. Tiller**
                                                                                               Attorney for Debtor

`CSD 1101 (Page 2)` [03/26/99]

## INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors prior to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.
2. Compliance with Local Bankruptcy Rules 1007-4 and 1009 are required.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **July 7, 2014**, I served a true copy of the within NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT by [describe here mode of service]    **First Class Mail**

on the following persons [set forth name and address of each person served]:
  **Villa De Anita HOA, c/o Shawver Perez, 9330 LBJ Freeway, Ste 900, Dalls, TX 75243**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2014**
                                (Date)

**/s/ Nicole Dominguez**
**Nicole Dominguez**
**Bankruptcy Law Center**
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
Address

`CSD 1101`