## Notice Recipients

District/Off: 0974–3         User: tschmitt              Date Created: 8/18/2014
Case: 14–05298–MM13          Form ID: pdfO2              Total: 3

**Recipients of Notice of Electronic Filing:**
tr          David L. Skelton
aty         Ahren Tiller        atiller@blc–sd.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Maria Carmelita Javier Garcia      7814 Mission Bonita      San Diego, CA 92120

TOTAL: 1