CSD 1177 [03/13/13]
Name, Address, Telephone No. & I.D. No.

Ahren A. Tiller, (SBN 250608)
Bankruptcy Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, CA 92101
Phone: (619) 894-8831

Order Entered on
August 18, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Maria Carmelita Javier Garcia

BANKRUPTCY NO. 14-05298-MM13

Debtor.

# APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.

//
//
//
//
//
//

DATED: August 16, 2014

_Margaret M Mann_
Judge, United States Bankruptcy Court

Submitted by:

Bankruptcy Law Center
(Firm name)

By: /s/ Ahren A. Tiller
Attorney for Debtor

CSD 1177

CSD 1177 [03/13/13] (Page 2)
APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON
DEBTOR: Maria Carmelita Javier Garcia                                                CASE NO: 14-05298-MM13

**I. APPLICATION FOR CONFIRMATION AND ALLOWANCE OF COMPENSATION:**

The undersigned attorney for the above-referenced Debtor(s):

    A. Represents that the Section 341(a) meeting is concluded in this chapter 13 case and that the Debtor's Plan, as that term is defined in paragraph II(A) below, complies with Section 1322 and 1325(a) of the Bankruptcy Code.

    B. Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 13 case on ____6/30/2014____ and that the fees set forth in paragraph I(C) do not exceed the applicable presumptive guideline fees as established by General Order 173 of this Court.

    C. Represents that the paid and unpaid attorneys' fees and costs in this case are as follows:

        1. The agreed initial fee for attorney services:  $ 3,600.00 ;

        2. Additional fees not part of initial fee:  $ 0.00 ;

        (Specify referencing any relief from stay or adversary proceeding number as relevant):

        3. Total fees received to date:  $ 1,800.00 ;

        4. Total unpaid balance of fees:  $ 1,800.00 ;

    D. Requests that this Court:

        1. Confirm the Debtor's Plan; and

        2. Allow fees as set forth in paragraph I(C) above.

By submitting this Order, the chapter 13 Trustee and the attorney for the Debtor(s) represent to the Court that payments under Debtor's Plan are substantially current.

**II. ORDER CONFIRMING DEBTOR'S PLAN AND ALLOWING ATTORNEYS FEES**

Upon considering the foregoing application, IT IS HEREBY ORDERED THAT:

    A. The Debtor's Plan dated ____6/30/2014____ (Docket Entry No. _2_) and, if applicable, as amended by pre-confirmation modification(s) (PCM Forms) dated _8/1/2014_ (Docket Entry No. _17_) ("Debtor's Plan") is confirmed.

    B. Attorneys' fees and costs are allowed as set forth in paragraph I(C) above, and any unpaid fees shall be paid as provided for in the Debtor's Plan.

    C. Nothing in this order or the Debtor's Plan shall be construed to have issue or claim preclusive effect on any debt nondischargeable under 11 U.S.C. 1328(a) unless a separate order of the court expressly so provides.

    D. This Order confirming Debtor's Plan incorporates by reference the Order Granting Debtor's Motion to Value Real Property, Treat Claim as Unsecured and Avoid Junior Lien or Stipulation (Docket Entry No. n/a).

Approved as to form and content by Chapter 13 Trustee submission of this Order:

CSD 1177

/s/David L. Skelton
Signed by Judge Margaret M. Mann August 16, 2014

```
                        United States Bankruptcy Court
                         Southern District of California
In re:                                                         Case No. 14-05298-MM
Maria Carmelita Javier Garcia                                  Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: tschmitt              Page 1 of 1                  Date Rcvd: Aug 18, 2014
                              Form ID: pdfO2              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2014.
db          +Maria Carmelita Javier Garcia,    7814 Mission Bonita,    San Diego, CA 92120-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2014 at the address(es) listed below:
              Ahren  Tiller    on behalf of Debtor Maria Carmelita Javier Garcia atiller@blc-sd.com,
               brett.bodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;wil@blc-sd.com
              David L. Skelton     admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 4