# United States Bankruptcy Court
For The
SOUTHERN DISTRICT OF CALIFORNIA

IN RE: MARIA CARMELITA JAVIER GARCIA

DATE: 11/25/2014

CASE No. 14-05298-MM13

SS #1 XXX-XX-2158

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | CLAIM AMOUNT | PAY % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | AMERICAN INFOSOURCE LP / FOR MIDLAND FUNDING LLC<br>PO BOX 268941 / OKLAHOMA, OK 73126-8941 | 6,534.87 | 26.2119% | Unsecured |
| 002 | AMERICAN INFOSOURCE LP / FOR MIDLAND FUNDING LLC<br>PO BOX 268941 / OKLAHOMA, OK 73126-8941 | 4,113.05 | 26.2119% | Unsecured |
| 003 | PORTFOLIO RECOVERY ASSOC LLC / PO BOX 12914<br>NORFOLK, VA 23541 | 780.27 | 26.2119% | Unsecured |
| 004 | PORTFOLIO RECOVERY ASSOC LLC / PO BOX 12914<br>NORFOLK, VA 23541 | 2,163.79 | 26.2119% | Unsecured |
| 005 | EXETER FINANCE CORP / PO BOX 204480<br>DALLAS, TX 75320 | 16,694.90<br>6.0000% | 100.0000% | Secured |
| 006 | CITIMORTGAGE INC / PO BOX 688971<br>DES MOINES, IA 50368-8971 | 61,797.06 | 26.2119% | Unsecured |
| 007 | JEFFERSON CAPITAL SYSTEMS LLC / PO BOX 953185<br>ST LOUIS, MO 63195-3185 | 4,497.85 | 26.2119% | Unsecured |
| 008 | NAVIENT SOLUTIONS INC / PO BOX 13611<br>PHILADELPHIA, PA 19101-3611 | 1,208.54 | 26.2119% | Unsecured |
| 009 | NAVIENT SOLUTIONS INC / PO BOX 13611<br>PHILADELPHIA, PA 19101-3611 | 9,294.44 | 26.2119% | Unsecured |
| 010 | NAVIENT SOLUTIONS INC / PO BOX 13611<br>PHILADELPHIA, PA 19101-3611 | 11,090.02 | 26.2119% | Unsecured |
| | Total | 118,174.79 | ******* | |
| | AHREN A TILLER  #250608<br>BANKRUPTCY LAW CENTER<br>1230 COLUMBIA ST #1100<br>SAN DIEGO, CA 92101 | 1,800.00 | | Debtor's Attorney |

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest files with the court in accordance with Rule 3007, an Objection to Claim and Request for Hearing within thirty (30) days of this notice.

/s/David L. Skelton

David L. Skelton
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101