## Notice Recipients

District/Off: 0974–3             User: admin                  Date Created: 11/25/2014
Case: 14–05298–MM13      Form ID: pdf914             Total: 3

**Recipients of Notice of Electronic Filing:**
tr          David L. Skelton
aty         Ahren Tiller      atiller@blc−sd.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Maria Carmelita Javier Garcia      7814 Mission Bonita       San Diego, CA 92120

TOTAL: 1