# United States Bankruptcy Court

FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

IN RE:   MARIA CARMELITA JAVIER GARCIA                   DATE         CASE No.  14-05298-MM13
                                                         12/02/2014

## NOTICE OF ALLOWANCE OF ADDITIONAL CLAIMS

The Trustee has examined the following proof of claim and has no objection to the Court's allowance of said claim indicated below. The Trustee states that said claim in the amount and classification shown below was not included on any previous Notice of Allowance of Claims.

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | CLAIM AMOUNT |
|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC / PO BOX 953185 ST LOUIS, MO 63195-3185 | 007 | Unsecured  PAY 26.2119% | 4,497.85 |

NOTICE IS HEREBY GIVEN that the Debtor has thirty (30) days from the date stated below within which to examine the proof of claim and to file with the Court and serve on the creditor and the Trustee a written objection to any claim which may be improper.

Pursuant to 11 U.S.C. 502(a), the absence of a timely written objection by the Debtor will be deemed an allowance of the claim listed above for purposes of distribution under the Chapter 13 Plan.

/s/ David L. Skelton

David L. Skelton
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101

United States Bankruptcy Court
Southern District of California

In re:                                                                  Case No. 14-05298-MM
Maria Carmelita Javier Garcia                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3           User: admin              Page 1 of 1              Date Rcvd: Dec 02, 2014
                               Form ID: pdf914          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2014.
db             +Maria Carmelita Javier Garcia,    7814 Mission Bonita,    San Diego, CA 92120-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2014 at the address(es) listed below:
              Ahren  Tiller    on behalf of Debtor Maria Carmelita Javier Garcia atiller@blc-sd.com,
               brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;
               danny@blc-sd.com;kreyes@blc-sd.com;derek@blc-sd.com
              David L. Skelton     admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 4